In re: MURRAY, CONNIE RAE § Case No. 12-41579-7
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 02, 2012. The undersigned trustee was appointed on October 02, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        1,827.93

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 250.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $ 1,577.93 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/11/2013 and the deadline for filing governmental claims was 03/31/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $456.98. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $250.00, for a total compensation of $250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $839.83, for total expenses of $839.83.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/20/2015      By: /s/DARCY D WILLIAMSON
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-41579-7  **Trustee:**  (360070)  DARCY D WILLIAMSON
**Case Name:**  MURRAY, CONNIE RAE  **Filed (f) or Converted (c):** 10/02/12 (f)
                                     **§341(a) Meeting Date:** 10/30/12
**Period Ending:** 07/20/15          **Claims Bar Date:** 03/11/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 910 W. Ash, Junction City KS 66441 | 155,000.00 | 0.00 | | 0.00 | FA |
| 2 | Landmark Bank checking account #6080 | 25.00 | 25.26 | | 0.00 | FA |
| 3 | Landmark Bank savings account #2442 | 7.00 | 5.39 | | 0.00 | FA |
| 4 | Miscellaneous household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Misc. costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 7 | KPERS | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 2012 Federal and State Refunds (See Footnote) | 4,400.00 | 1,500.00 | | 1,827.93 | FA |
| 9 | 2010 Chevy Silverado | 21,465.00 | 0.00 | | 0.00 | FA |
| 10 | Earned Income Tax Credit | 4,600.00 | 4,600.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$187,747.00** | **$6,130.65** | | **$1,827.93** | **$0.00** |

RE PROP# 8   Trustee originally estimated asset value at $1,500. Actual amount received was $1,827.93.

**Major Activities Affecting Case Closing:**

   Trustee's Final Report submitted to U.S. Trustee. Upon approval, to file with Court, notice out, submit Order Authorizing Distribution, issue dividend checks and submit Distribution Report after receipt of zero balance bank statement.

**Initial Projected Date Of Final Report (TFR):**   October 31, 2013      **Current Projected Date Of Final Report (TFR):**   July 20, 2015 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-41579-7  
**Case Name:** MURRAY, CONNIE RAE  

**Taxpayer ID #:** **-***9503  
**Period Ending:** 07/20/15  

**Trustee:** DARCY D WILLIAMSON (360070)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3266 - Checking Account  
**Blanket Bond:** $15,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/29/13 | {8} | Weary Davis Trust Acct | 2012 Tax Refunds | 1124-000 | 1,827.93 | | 1,827.93 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,817.93 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,807.93 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,797.93 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,787.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,777.93 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,767.93 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,757.93 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,747.93 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,737.93 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,727.93 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,717.93 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,707.93 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,697.93 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,687.93 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,677.93 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,667.93 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,657.93 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,647.93 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,637.93 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,627.93 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,617.93 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,607.93 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,597.93 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,587.93 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,577.93 |
| | | | **ACCOUNT TOTALS** | | **1,827.93** | **250.00** | **$1,577.93** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **1,827.93** | **250.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,827.93** | **$250.00** | |

{} Asset reference(s)

Case 12-41579    Doc# 70    Filed 08/14/15    Page 4 of 11

Printed: 07/20/2015 01:29 PM    V.13.23

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 12-41579-7 | | **Trustee:** | DARCY D WILLIAMSON (360070) |
| **Case Name:** | MURRAY, CONNIE RAE | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3266 - Checking Account |
| **Taxpayer ID #:** | **-***9503 | | **Blanket Bond:** | $15,000,000.00 (per case limit) |
| **Period Ending:** | 07/20/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| | **TOTAL - ALL ACCOUNTS** | | | | | |
| | **Checking # ******3266** | | | 1,827.93 | 250.00 | 1,577.93 |
| | | | | $1,827.93 | $250.00 | $1,577.93 |

# EXHIBIT C - Claims Analysis

## Case:  12-41579-7    MURRAY, CONNIE RAE

Claims Bar Date:   03/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | DARCY D WILLIAMSON<br>510 SW 10th Avenue<br>Topeka, KS 66612<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>10/02/12 | Trustee fee reduced to increase distribution to creditors. | $456.98<br>$250.00 | $0.00 | $250.00 |
|  | DARCY D WILLIAMSON<br>510 SW 10th Avenue<br>Topeka, KS 66612<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>10/02/12 |  | $839.83<br>$839.83 | $0.00 | $839.83 |
| 1 | American InfoSource LP as agent for TD Bank USA<br>PO Box 248866<br><br>Oklahoma City, OK 73124-8866<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/11/12 | -4190<br>Transferred from agent for Target | $1,211.65<br>$1,211.65 | $0.00 | $1,211.65 |
| 2 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/12/12 | -7866 | $341.18<br>$341.18 | $0.00 | $341.18 |
| 3 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/14/12 | -8362 GOODY'S | $489.47<br>$489.47 | $0.00 | $489.47 |
| 4 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/24/12 | -3603 | $1,350.55<br>$1,350.55 | $0.00 | $1,350.55 |
| 5 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/08/13 | -7755 CITIBANK | $4,373.85<br>$4,373.85 | $0.00 | $4,373.85 |
| 6 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/08/13 | -1942 CITIBANK | $610.93<br>$610.93 | $0.00 | $610.93 |

# EXHIBIT C - Claims Analysis

## Case:  12-41579-7    MURRAY, CONNIE RAE

Claims Bar Date:  03/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/08/13 | -9395 CITIBANK | $4,657.40 $4,657.40 | $0.00 | $4,657.40 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/08/13 | -3139 CITIBANK | $3,713.04 $3,713.04 | $0.00 | $3,713.04 |
| 9 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/11/13 | -0364 DILLARDS | $1,744.24 $1,744.24 | $0.00 | $1,744.24 |
| 10 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/11/13 | -6864 CARECREDIT  Transferred from GE Money Bank/GE Capital Retail Bank | $3,294.20 $3,294.20 | $0.00 | $3,294.20 |
| 11 | eCAST Settlement Corporation PO Box 7247-6971   Philadelphia, PA 19170-6971 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/13/13 | -8862 MENARDS  Transferred from Capital One, NA | $177.65 $177.65 | $0.00 | $177.65 |
| 11 | eCAST Settlement Corporation (Notices) c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/13/13 | NOTICING ADDRESS  Transferred from Caital One, NA | $0.00 $0.00 | $0.00 | $0.00 |
| 12 | Portfolio Investments II LLC c/o Recovery Management Systems Corp 25 S.E. 2nd Avenue, Suite 1120 Miami, FL 33131-1605 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 03/11/13 | -3733 JCPENNEY | $4,611.47 $4,611.47 | $0.00 | $4,611.47 |

# EXHIBIT C - Claims Analysis

Case: 12-41579-7    MURRAY, CONNIE RAE

Claims Bar Date: 03/11/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/11/13 | -4949<br>WALMART | $5,598.05<br>$5,598.05 | $0.00 | $5,598.05 |

|  |  |  |  | Case Total: | $0.00 | $33,263.51 |
|---|---|---|---|---|---|---|

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-41579-7
Case Name: MURRAY, CONNIE RAE
Trustee Name: DARCY D WILLIAMSON

**Balance on hand:** $ 1,577.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,577.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DARCY D WILLIAMSON | 250.00 | 0.00 | 250.00 |
| Trustee, Expenses - DARCY D WILLIAMSON | 839.83 | 0.00 | 839.83 |

Total to be paid for chapter 7 administration expenses: $ 1,089.83
Remaining balance: $ 488.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 488.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 488.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Case 12-41579   Doc# 70   Filed 08/14/15   Page 9 of 11

Timely claims of general (unsecured) creditors totaling $ 32,173.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank USA | 1,211.65 | 0.00 | 18.38 |
| 2 | First National Bank of Omaha | 341.18 | 0.00 | 5.18 |
| 3 | Quantum3 Group LLC as agent for | 489.47 | 0.00 | 7.43 |
| 4 | Capital One Bank USA NA | 1,350.55 | 0.00 | 20.49 |
| 5 | PYOD, LLC its successors and assigns as assignee | 4,373.85 | 0.00 | 66.35 |
| 6 | PYOD, LLC its successors and assigns as assignee | 610.93 | 0.00 | 9.27 |
| 7 | PYOD, LLC its successors and assigns as assignee | 4,657.40 | 0.00 | 70.65 |
| 8 | PYOD, LLC its successors and assigns as assignee | 3,713.04 | 0.00 | 56.33 |
| 9 | GE Capital Retail Bank | 1,744.24 | 0.00 | 26.46 |
| 10 | Capital Recovery V, LLC | 3,294.20 | 0.00 | 49.97 |
| 11 | eCAST Settlement Corporation | 177.65 | 0.00 | 2.70 |
| 12 | Portfolio Investments II LLC | 4,611.47 | 0.00 | 69.96 |
| 13 | Portfolio Investments II LLC | 5,598.05 | 0.00 | 84.93 |

Total to be paid for timely general unsecured claims: $ 488.10
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**